UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - -x

Ameen Nagi Saleh,                    :

         Plaintiff,              :

    - against -                     :

Andrea J. Quaranhilo;            :
U.S. Citizenship & Immigration services,
         Defendant(s).         :

- - - - - - - - - - - - - - - - - - - - - - - - - -x

**SCHEDULING ORDER**

08 Civ. 0076 (SAS)
Conference Date:

WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on  1/29/08     (the "Order); and

WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties;

    2/19/08    Romben Aquino, for Ameen Nagi Saleh
                  Natasha Oeltjen (USAO/SDNY), for Andrea Quaranhilo, USCIS

(2)    a concise statement of the issues as they then appear;

    whether USCIS properly denied Saleh's naturalization application
    on 12/20/07 based on a finding that he lacked good moral character

(3)    a schedule including:

    (a) the names of persons to be deposed and a schedule of planned depositions;

        Ameen Nagi Saleh - March 2008

    (b) a schedule for the production of documents;

        March + April 2008

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;   NA

    (d) time when discovery is to be completed;

    Monday 5/19/08

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

6/2/08

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

6/16/08

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

May 27 at 4:30

_____    (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

NA

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

NA

(6) anticipated fields of expert testimony, if any;

NA

(7) anticipated length of trial and whether to court or jury;

court , 1 day

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

Rouben Aquino, Ferro & Cuccia, 100 Lafayette Street, New York NY 10013 212-966-777S

Natasha Oltchen, US Attorneys office, SDNY, 86 Chambers St, 3rd Fl, New York, NY, 10007

212-637-2769

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.

2/19/08