```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AMEEN NAGI SALEH,                   :

            Plaintiff,              :        ORDER

    -against-                       :   08 Civ. 0076 (SAS)(MHD)

ANDREA J. QUARANTILLO, et al.       :

            Defendants.             :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

ORDERED that a settlement conference has been scheduled in the above-captioned action on **MONDAY, APRIL 7, 2008, at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       February 25, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Romben Estrada Aquino, Esq.
Ferro & Cuccia
100 Lafayette Street, Suite 201
New York, NY 10013
Fax: (212) 966-0338

Natasha Oeltjen, Esq.
U.S. Attorney's Office, SDNY (Chambers Street)
86 Chambers Street
New York, NY 10007
Fax: (212) 637-2786