# FERRO & CUCCIA

100 Lafayette Street, Suite 201
New York, New York 10013

Edward J. Cuccia (Admitted New York)
Charles Jason Lore (Admitted New York and New Jersey)
Romben Aquino (Admitted New York)

Telephone (212) 966-7775
Facsimile (212) 966-0338

April 1, 2008

VIA FACSIMILE 212-805-7928

The Honorable Michael H. Dolinger
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Saleh v. USCIS, et al., 08-cv-0076

Dear Judge Dolinger:

    I write to request an adjournment sin date of the settlement conference that has been scheduled for Monday, April 7, 2008 at 2:00 pm. This is my first request for an adjournment. I have spoken to Defendants' counsel Natasha Oeltjen, Esq. and she joins in my request.

    The litigation concerns Plaintiff's petition to the Court for a review of USCIS's denial of his naturalization application. Upon further discussions with Ms. Oeltjen, it is evident that there is no "middle ground" for settlement of this case; either the Court finds that USCIS's decision is erroneous or it is not.

    In light of the above, I request that the Court adjourn the settlement conference without date. I thank the Court for its consideration of my request.

Respectfully submitted,
FERRO & CUCCIA

By: _____
Romben Aquino (RA0514)
Attorney and Counselor at Law

cc:   Natasha Oeltjen, Esq., U.S. Attorney's Office (via facsimile 212-637-2786)

ENDORSED ORDER

Application granted.

[signature]
4/1/08

# FERRO & CUCCIA

100 Lafayette Street, Suite 201
New York, New York 10013

Edward J. Cuccia (Admitted New York)
Charles Jason Lore (Admitted New York and New Jersey)
Romben Aquino (Admitted New York)

Telephone (212) 966-7775
Facsimile (212) 966-0338

| | |
|---|---|
| TO: | The Honorable Michael H. Dolinger<br>United States Magistrate Judge |
| FAX: | 212-805-7928 |
| CC: | Natasha Oeltjen, Esq.<br>Assistant United States Attorney |
| FAX: | 212-637-2786 |
| FROM: | Romben Aquino |
| DATE: | April 1, 2008 |
| TOTAL PAGES | __1__ (not including cover) |