UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -x

Ameen Nagi Saleh     :

        Plaintiff,   :

- against -    :

Andrea J Quarantillo,    :
US Citizenship + Immigration Services
        Defendant(s).   :

- - - - - - - - - - - - - - - - - - - - - - - - - - -x

Proposed Amended
**SCHEDULING ORDER**

08 Civ. 0076 (SAS)
Conference Date:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on 1/29/08 (the "Order"); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

    (1)    the date of the conference and the appearances for the parties;

2/19/08  Romben Aquino (Plaintiff)
        Natasha Oeltjen (Defendants)

    (2)    a concise statement of the issues as they then appear;

whether USCIS properly denied Plaintiff's naturalization application

    (3)    a schedule including:

        (a) the names of persons to be deposed and a schedule of planned depositions;

        (b) a schedule for the production of documents;

        (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

        (d) time when discovery is to be completed;

{ completed (marginal annotation bracketing items a–d) }

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

6/23/08

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

7/7/08

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

~~June 19, 2008, at 4:00 pm~~ (leave blank)
after 6/16/08

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

N/A

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

N/A

(6) anticipated fields of expert testimony, if any;

N/A

(7) anticipated length of trial and whether to court or jury;

court, 1 day

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

Rowben Aquino 212-966-7775
Ferro & Cuccia
100 Lafayette Street
New York, NY 10013

Natasha Oeltjen   212-637-2716
US Attorney's Office, SDNY
86 Chambers St, 3rd Fl
New York, NY 10007

SO ORDERED:

/s/ Shira A. Scheindlin
SHIRA A. SCHEINDLIN
U.S.D.J.

5/27/08