**Romben Aquino**
**FERRO & CUCCIA**
**100 LAFAYETTE STREET**
**NEW YORK, NY 10013**
**212-966-7775**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**Ameen Nagi Saleh,**                                         Civil Action
       Petitioner,                                         Docket 08-cv-0076 (SAS)

**v.**

**Andrea Quarantillo, et al.,**
       Respondents.
-----------------------------------------------------------X

## MOTION FOR SUMMARY JUDGMENT

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and the Declaration of Romben Aquino and accompanying exhibits, Petitioner Ameen Nagi Saleh will move this Court, before the Honorable Shira A. Sheindlin, at the United States Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order granting summary judgment to Plaintiff pursuant to Federal Rules of Civil Procedure 56(a).

      Oral argument is NOT requested.

                                          Respectfully submitted,
                                          __/s/ Romben Aquino_____

                                          Romben Aquino
                                          FERRO & CUCCIA
                                          Attorneys for Plaintiff
                                          100 Lafayette Street
                                          New York, NY 10013
                                          212-966-7775

TO:   Natasha Oeltjen, Esq.
         Assistant United States Attorney
         86 Chambers Street, 3rd Floor
         New York, NY 10007

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**Ameen Nagi Saleh,**                                    Civil Action
        **Petitioner,**                                  Docket 08-cv-0076 (SAS)

v.                                                       **CERTIFICATE OF**
                                                         **SERVICE**

**Andrea Quarantillo, et al.,**
        **Respondents.**
-----------------------------------------------------------X

I hereby certify that on August 27, 2008, the following documents:

NOTICE OF MOTION FOR SUMMARY JUDGMENT
DECLARATION OF ROMBEN AQUINO
STATEMENT OF MATERIAL FACTS
MEMORANDUM OF LAW IN SUPPORT OF MOTION
EXHIBITS 1-7

were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following:

    Natasha Oeltjen, Esq.
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, NY  10007

                                            ____/s/ Romben Aquino/____

                                            _____

                                            Romben Aquino
                                            FERRO & CUCCIA
                                            100 Lafayette Street, Suite 201
                                            New York, NY  10013
                                            212-966-7775