**Romben Aquino**
**FERRO & CUCCIA**
**100 LAFAYETTE STREET**
**NEW YORK, NY 10013**
**212-966-7775**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**Ameen Nagi Saleh,**                                    Civil Action
       Petitioner,                             Docket 08-cv-0076 (SAS)

v.                                                       **LOCAL RULE 56.1**
                                                         **STATEMENT OF**
                                                         **MATERIAL FACTS**

**Andrea Quarantillo, et al.,**
       Respondents.
-----------------------------------------------------------X

      Petitioner Ameen Nagi Saleh, by his attorney Romben Aquino, for his Statement of Material Facts, pursuant to Local Civil Rule 56.1, herein alleges as follows:

1. Saleh has been a lawful permanent resident of the United States since December 1, 1990.  See N-400 Application for Naturalization; see also Alien Registration Card.

2. On January 29, 1994, Saleh was arrested, but the charges were dismissed.  See Disposition of Arrest.

3. On three other occasions (November 15, 2005; January 13, 2006; and April 14, 2006), Saleh was arrested and convicted of disorderly conduct under New York Penal Code § 240.20.  See Dispositions of Arrest.

4. Between February 2002 and February 2007, Saleh traveled twice to Yemen, for periods of 149 and 120 days.  See N-400 Application for Naturalization, at 4.

5. On or about February 16, 2007, Saleh submitted a N-400 Application for Naturalization to USCIS.  See N-400 Application for Naturalization, at 1-10.

6. On May 16, 2007, a District Adjudications Officer employed by USCIS examined Saleh regarding his naturalization application. See USCIS Decision dated May 31, 2007.

7. On May 31, 2007, USCIS denied Saleh's N-400 Application. See USCIS Decision dated May 31, 2007.

8. On or about June 20, 2007, Saleh submitted an administrative appeal of his N-400 denial, technically called a N-336 Request for Hearing on Decision in Naturalization Proceedings. See USCIS Decision dated December 20, 2007.

9. On December 20, 2007, USCIS denied Saleh's N-336 administrative appeal. See USCIS Decision dated December 20, 2007.

Dated: August 27, 2008
New York, New York

                                              Respectfully submitted,
                                              FERRO & CUCCIA

                                              _____/s/ Romben Aquino_____

                                              By:_____
                                              Romben Aquino
                                              100 Lafayette Street, Suite 201
                                              New York, NY 10013
                                              212-966-7775