**Romben Aquino**
**FERRO & CUCCIA**
**100 LAFAYETTE STREET**
**NEW YORK, NY  10013**
**212-966-7775**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**Ameen Nagi Saleh,**                                    Civil Action
       Petitioner,                                    Docket 08-cv-0076 (SAS)

**v.**

**Andrea Quarantillo, et al.,**
       Respondents.
-----------------------------------------------------------X


### DECLARATION OF ROMBEN AQUINO IN SUPPORT OF PETITIONER AMEEN NAGI SALEH'S MOTION FOR SUMMARY JUDGMENT

      I, Romben Aquino, declare as follows:

    1.    I am an associate in the law firm of Ferro & Cuccia and counsel to Petitioner Ameen Nagi Saleh in the above-captioned litigation.  I submit this declaration to provide information and documents to the Court in support of Petitioner Saleh's Motion for Summary Judgment.  I have personal knowledge of the facts and circumstances stated below.

    2.    Annexed as **Exhibit 1** is a true and correct copy of Petitioner Saleh's N-400 Application for Naturalization.

    3.    Annexed as **Exhibit 2** is a true and correct copy of Petitioner Saleh's alien registration card (a/k/a "green card").

    4.    Annexed as **Exhibit 3** is a true and correct copy of USCIS's May 31, 2007 decision denying Petitioner Saleh's N-400 Application.

2

5. Annexed as **Exhibit 4** is a true and correct copy of USCIS's December 20, 2007 decision denying Petitioner Saleh's N-336 Appeal.

6. Annexed as **Exhibit 5** are true and correct copies of dispositions of arrest relating to Petitioner Saleh.

7. Annexed as **Exhibit 6** are true and correct copies of affidavits regarding Petitioner Saleh's good moral character.

8. Annexed as **Exhibit 7** is a true and correct copy of excerpts from the deposition transcript of Ameen Nagi Saleh, dated March 26, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of August, 2008 at New York, New York.

                                                                                              /s/  Romben Aquino
                                                                                              ROMBEN AQUINO